February 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-15-00138-CV                    V.

FREEDMEN'S TOWN PRESERVATION COALITION, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on February 12, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, The City of Houston.

We further order this decision certified below for observance.